# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

MIRA HOLDINGS, INC.,
A Minnesota Corporation

      Plaintiff,

v.

HANGZHOU BIOER TECHNOLOGY CO., Ltd.
A Foreign Corporation

      Defendant.

---

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF MIRA HOLDINGS, INC.**

---

      Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Mira Holdings, Inc., submits its corporate disclosure statement.

      Counsel for Plaintiff Mira Holdings, Inc. certifies that to the best of our knowledge and belief, Mira Holdings, Inc., has no corporate parent, affiliate and/or publicly held corporation that owns 10% or more of Mira Holdings' stock.

Respectfully submitted this 28th day of June, 2022.

                                                *s/ Jessica L. Hays*
R. Scott Reisch, #26892
Jessica L. Hays, #53905
The Reisch Law Firm, LLC
1490 W. 121st Avenue
Suite 202
Denver, CO 80234
Phone: (303) 291-0555
Fax: (720) 904-5797
Email: scott@reischlawfirm.com
Jessica@resichlawfirm.com
Cassandra@reischlawfirm.com

Howard Neu, Esq*
FLA Bar No. 108689
Law Office of Howard Neu, P.A.
4839 S.W. Volunteer Road
Suite 512
Southwest Ranches, FL 33330
Phone: (954) 662-1816
Fax: (954) 337-2324
Email: howard@neulaw.com
* U.S. District Court of Colorado admission pending
*ATTORNEYS FOR PLAINTIFF*